# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| B. MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL OF WISCONSIN,<br><br>    Defendant. | Case No. 18-CV-1152-JPS<br><br>**ORDER** |

  This is a putative collective action under the Fair Labor Standards Act for Defendant's alleged failure to pay appropriate wages. (Docket #1). On October 16, 2018, the parties filed two stipulations. The first is for leave for Plaintiff to amend her complaint. (Docket #16). Pursuant to the parties' agreement, the Court will adopt the stipulation. Fed. R. Civ. P. 15(a)(2). The second is for conditional certification of this case as a collective action and an agreement as to the notice to be provided to potential class members. (Docket #17). The Court will likewise adopt that stipulation. 29 U.S.C. § 216(b). The parties shall proceed to provide notice to the potential class members in accordance with the procedures outlined in their stipulation.

  Accordingly,

  **IT IS ORDERED** that the parties' stipulations regarding leave to file an amended complaint (Docket #16) and conditional certification of this case as a collective action (Docket #17) be and the same are hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge