# Exhibit A

| Employee ID | Last Name | First Name | Initial Allocation |
|---|---|---|---|
| 17 | Ahlswede | Eileen | $ 1,060.12 |
| 114 | Martin | Margaret | $ 5,166.30 |
| 156 | Bannister | Mary | $ 5,075.93 |
| 177 | Konkel | Therese | $ 582.17 |
| 178 | Vaughan | Katherine | $ 959.92 |
| 225 | Steininger | Catherine | $ 311.54 |
| 260 | Pogreba | Karen | $ 2,614.10 |
| 294 | Mattice | Judith | $ 3,748.05 |
| 307 | Toney | Rochelle | $ 1,468.84 |
| 332 | Wallace | Debra | $ 1,824.92 |
| 384 | Bauman | Sylvia | $ 1,512.13 |
| 434 | Reuter | Roseann | $ 477.75 |
| 469 | Butler | Sue | $ 559.13 |
| 517 | Niebuhr | Denette | $ 931.53 |
| 570 | Ross | Kenneth | $ 1,166.10 |
| 571 | Hahn | Linda | $ 900.72 |
| 713 | Demarte | Marlene | $ 3,206.67 |
| 773 | Johnson | Raymond | $ 1,566.85 |
| 779 | Johnson | Kevin | $ 2,980.38 |
| 839 | Jashinsky | Debra | $ 1,855.52 |
| 840 | Foley | Susan | $ 463.67 |
| 954 | Kickbush | Diane | $ 3,660.10 |
| 967 | Christenson | Heidi | $ 535.51 |
| 978 | Omelina | Robert | $ 1,820.78 |
| 1043 | Nowak | Jean | $ 1,786.70 |
| 1046 | Lorscheter | Lisa | $ 1,010.69 |
| 1099 | Kevlin | James | $ 1,734.76 |
| 1184 | Geary | Deborah | $ 616.91 |
| 1241 | Bestor | Mary | $ 282.51 |
| 1290 | Trutwin | Mary | $ 139.24 |
| 1292 | Austad | Heather | $ 338.24 |
| 1408 | Pautz | Tami | $ 55.73 |
| 1546 | Roepke | Kathryn | $ 614.51 |
| 1590 | Zimmerman | Kathleen | $ 1,418.97 |
| 1609 | Bertram | Lori | $ 1,379.62 |
| 1645 | Schulz | Sandra | $ 2,883.59 |
| 1654 | Sandlass | Amy | $ 62.56 |
| 1836 | Thompson | Amy | $ 1,143.66 |
| 2008 | Kogutkiewicz | Katie | $ 530.89 |
| 2099 | Poehlein | Susan | $ 1,176.43 |
| 2682 | Derby | Susan | $ 2,502.94 |
| 2731 | Adams | Nicole | $ 1,275.18 |
| 2883 | Wesela | Anne Marg | $ 1,677.48 |
| 2898 | Connell | Denise | $ 195.03 |

| Employee ID | Last Name | First Name | Initial Allocation |
|---|---|---|---|
| 2996 | Rothman | Angela | $ 3,107.75 |
| 3016 | Migliaccio | Jennifer | $ 1,796.89 |
| 3172 | Dziubek | Dawn | $ 527.69 |
| 3252 | Hennes | Matthew | $ 1,954.37 |
| 3283 | Scolman | Faye | $ 2,604.80 |
| 3307 | DeWalt | Susan | $ 2,288.92 |
| 3685 | Watson | Dondale | $ 1,587.59 |
| 3692 | Brown | Addie | $ 1,315.63 |
| 3718 | Kruk | Kristin | $ 1,726.28 |
| 3883 | Coggins | Molly | $ 504.57 |
| 3919 | Truse | Courtney | $ 2,935.33 |
| 3968 | Bub | Farrah | $ 1,675.13 |
| 5780 | Sponholz | Joni | $ 1,314.53 |
| 5821 | Taylor | NiToya | $ 1,022.22 |
| 5927 | Healy | Christine | $ 1,790.08 |
| 5954 | Zenk | Jim | $ 1,242.84 |
| 5965 | Skorzewski | Jeremy | $ 2,722.00 |
| 6103 | Weiss | Michelle | $ 125.82 |
| 6113 | Maas | Doreen | $ 1,240.65 |
| 6118 | Gross | Nadine | $ 1,262.05 |
| 6120 | Feldmeyer | Alice | $ 1,058.11 |
| 6129 | Plotkin | Carla | $ 2,026.52 |
| 6131 | Harlow | Tammy | $ 2,388.90 |
| 6139 | Vilione | Susan | $ 2,317.26 |
| 6140 | Spence | Mimi | $ 2,019.89 |
| 6142 | Schuelke | Susan | $ 1,875.00 |
| 6143 | Nowak | Cindy | $ 1,880.79 |
| 6144 | Dethloff | Valerie | $ 2,273.02 |
| 6148 | McGinnis-Brown | Patricia | $ 1,325.15 |
| 6151 | Wittman | Nancy | $ 2,422.49 |
| 6154 | Rindt | Rona | $ 2,015.87 |
| 6159 | Jarecki | Lori | $ 1,514.96 |
| 6160 | Forester | Susan | $ 2,419.11 |
| 6163 | Arnold | Christine | $ 905.17 |
| 6238 | Douglas | Timothy | $ 2,058.62 |
| 6374 | Chapman | Kimberly | $ 3,224.84 |
| 6661 | Leick | Kim | $ 2,647.65 |
| 6819 | Mather-Smith | Rebecca | $ 1,742.09 |
| 6900 | Herzfeld | Patrice | $ 1,187.37 |
| 6978 | Thurin | Stephanie | $ 814.31 |
| 7031 | Kramer | Jessie | $ 1,050.14 |
| 7069 | Witczak | Chris | $ 1,519.21 |
| 7111 | Esteves | William | $ 1,962.62 |
| 7228 | Kaltenbrun | Susan | $ 916.94 |

| Employee ID | Last Name | First Name | Initial Allocation |
|---:|---|---|---:|
| 7286 | Jedkins | Markida | $ 1,507.60 |
| 7424 | Zalewski | Jessica | $ 1,554.51 |
| 7498 | Schleif | Paul | $ 1,615.39 |
| 7529 | Lynn | Karen | $ 2,336.61 |
| 7604 | Zaja | Julie | $ 481.81 |
| 7634 | Mira Jr. | Tolentino | $ 1,958.20 |
| 7696 | Campbell | Jennifer | $ 2,397.64 |
| 7791 | Patchak | Hope | $ 41.99 |
| 7815 | Korjenic | Ema | $ 1,012.51 |
| 7816 | Reisinger | Catherine | $ 2,375.67 |
| 7847 | Drayna | Rachel | $ 419.95 |
| 7934 | Grande | Pamela | $ 736.87 |
| 8380 | Abney | Sarah | $ 18.66 |
| 8436 | Hinson | Cortina | $ 2,228.97 |
| 8514 | Carlson | Terri | $ 2,727.85 |
| 8552 | Rogalski | Wayne | $ 3,380.93 |
| 8762 | Beier | Rachelle | $ 2,192.32 |
| 8892 | Andresen | Shannon | $ 2,127.05 |
| 9058 | Petersen | Shawn | $ 1,407.17 |
| 9081 | Kusik | Brad | $ 1,830.20 |
| 9224 | Ball | Alicia | $ 2,982.23 |
| 9644 | Groneck | Shari | $ 1,685.36 |
| 9650 | Sestock | Michelle | $ 811.52 |
| 10160 | Kane | Kayla | $ 2,223.63 |
| 10202 | Mielke | Daniel | $ 1,193.73 |
| 10203 | Schmid | Jennifer | $ 1,485.35 |
| 10281 | Kern | Jacqueline | $ 253.50 |
| 10304 | Cannestra | Karen | $ 1,604.82 |
| 10315 | Herman | Megan | $ 194.31 |
| 10327 | Holmes | Heather | $ 53.46 |
| 10453 | Bibo | Andrew | $ 1,390.18 |
| 10480 | Hubert | Elizabeth | $ 735.61 |
| 10565 | Sanchez | Edwin | $ 411.83 |
| 10567 | O'Neil | Rachael | $ 14.17 |
| 10569 | Barachy | Victoria | $ 1,238.85 |
| 10690 | Perez | Jonathan | $ 1,673.60 |
| 10709 | Carver | Victoria | $ 1,521.45 |
| 10801 | Grode | Anne | $ 832.15 |
| 10827 | Glover | Stacey | $ 330.41 |
| 10929 | Gomez | Kristin | $ 3,306.09 |
| 10958 | Luckett | Rita | $ 2,347.24 |
| 11027 | Stephens | Renee | $ 835.93 |
| 11112 | Berger | Gina | $ 1,699.09 |
| 11142 | Shea | Susan | $ 749.50 |

| Employee ID | Last Name | First Name | Initial Allocation |
|---|---|---|---|
| 11145 | Rupnow | Jessica | $ 135.40 |
| 11172 | Luedtke | Laura | $ 115.88 |
| 11194 | Carroll | Kelly | $ 3,570.52 |
| 11240 | Meyer | Miranda | $ 14.49 |
| 11241 | Mingus | Kristina | $ 729.20 |
| 11477 | Vang | Thunder | $ 1,354.04 |
| 11821 | Weimann | Kathryn | $ 29.64 |
| 11854 | Glocka | Michelle | $ 2,099.48 |
| 11890 | Bergl | Kate | $ 5.47 |
| 12076 | Kimball | Lisa | $ 2,347.82 |
| 12099 | Wagner | Lindsey | $ 4.99 |
| 12167 | Clemans | Jessica | $ 523.60 |
| 12256 | Carter | Debra | $ 967.94 |
| 12264 | Siebel-Mohler | Cynthia | $ 2,133.09 |
| 12410 | Olivo | Melissa | $ 381.91 |
| 12459 | Kirchner | Kathleen | $ 1,624.17 |
| 12549 | Bryant | Louise | $ 1,886.11 |
| 12604 | Budziszewski | Kristin | $ 813.71 |
| 12961 | Ritzke | Rebecca | $ 1,650.24 |
| 12963 | Sadler | Rachel | $ 1,223.76 |
| 13053 | Vandenheuvel | Marlene | $ 1,318.19 |
| 13058 | Garcia | Esmeralda | $ 404.56 |
| 13137 | Runnoe | Katie | $ 2,463.08 |
| 13223 | Herburger | Megan | $ 1,812.91 |
| 13486 | Mueller | Catherine | $ 2,373.18 |
| 13526 | Bollech | Kayla | $ 4.98 |
| 13702 | Fuhreck | Jodie | $ 215.24 |
| 13723 | Kuhn | Stephanie | $ 1,051.50 |
| 13747 | Tiefenthaler | Katie | $ 1,378.64 |
| 13848 | Gorecki | Dana | $ 444.29 |
| 13857 | Edwards | Elena | $ 2,394.79 |
| 13921 | Putz | Emily | $ 2,292.65 |
| 13927 | Garvey | Lisa | $ 1,586.21 |
| 14119 | Schultz | Lisa | $ 3,832.76 |
| 14173 | Gustafson | Danielle | $ 1,184.81 |
| 14233 | Kulis | Kate | $ 27.65 |
| 14249 | Greseth | Kathleen | $ 3,205.18 |
| 14250 | Repa | Dina | $ 288.16 |
| 14522 | Grass | Patricia | $ 619.48 |
| 14736 | Fillmer | Anna | $ 743.36 |
| 14853 | Meyer | Amanda | $ 1,156.60 |
| 14861 | Sylvester | Leslie | $ 1,165.92 |
| 14874 | Koeppel | Amanda | $ 1,731.34 |
| 14944 | Crouse | Randy | $ 496.66 |

| Employee ID | Last Name | First Name | Initial Allocation |
|---:|---|---|---:|
| 15068 | Rodriguez | Luis | $ 1,423.10 |
| 15113 | Braun | Patrick | $ 1,673.62 |
| 15125 | Vos | Kimberly | $ 856.67 |
| 15181 | Demick | David | $ 2,042.07 |
| 15202 | Duncan | Jonathan | $ 1,744.67 |
| 15214 | Martins | Harmony | $ 222.37 |
| 15217 | Stewart | Ashley | $ 1,812.60 |
| 15276 | Waite | Leslie | $ 1,328.96 |
| 15319 | Brundage | Katherine | $ 1,048.78 |
| 15322 | Kujawa | Jaclyn | $ 1,801.98 |
| 15525 | Patterson | Paulette | $ 1,158.85 |
| 15551 | Wieber | David | $ 2,168.46 |
| 16026 | Graziano | Courtney | $ 86.09 |
| 16446 | Nickel | Tracey | $ 10.64 |
| 16997 | Doppke | Kathryn | $ 24.59 |
| 17159 | Villa | Lorenzo | $ 335.74 |
| 17249 | Morgan | Jessica | $ 487.54 |
| 17250 | Spiekerman | Andrea | $ 190.48 |
| 17278 | Russell | Jacqueline | $ 74.38 |
| 17322 | Deschler | Debra | $ 1,056.81 |
| 17380 | Jeske | Jonie | $ 2,023.67 |
| 17402 | Austin | Felicia | $ 926.39 |
| 17405 | Smith | Cristy | $ 151.35 |
| 17434 | Wilke | Hali | $ 1,098.36 |
| 17558 | Olson | Robert | $ 1,964.33 |
| 17659 | Yogerst | Sarah | $ 1,707.44 |
| 17676 | Butula | Shannon | $ 2,183.39 |
| 17677 | Kasprzak | Ashley | $ 1,514.39 |
| 17754 | Brown | Kirsten | $ 1,053.11 |
| 17899 | Solano | Sandra | $ 484.86 |
| 17934 | Sanchez | Sandra | $ 325.74 |
| 18038 | Hillringhouse | Jennifer | $ 1,501.29 |
| 18064 | Colla | Angela | $ 1,456.45 |
| 18429 | Guiliani | Sarah | $ 1,379.70 |
| 18480 | Baldwin | Jonathan | $ 998.99 |
| 18584 | Zietlow | Alicia | $ 798.71 |
| 18587 | Day | Alyssa | $ 772.10 |
| 18606 | Pauley | Stefanie | $ 1,899.23 |
| 18664 | Russell | Damon | $ 55.38 |
| 18727 | Czuta | Alexis | $ 1,301.52 |
| 18728 | Pretti | Micayla | $ 1,498.01 |
| 18756 | Bell | Barbara | $ 1,393.18 |
| 18769 | Ziemann | Sarah | $ 202.14 |
| 18781 | Bull | Kelsey | $ 10.83 |

| Employee ID | Last Name | First Name | Initial Allocation |
|---:|---|---|---:|
| 18823 | Minnema | Samantha | $ 128.46 |
| 18850 | Xiong | Chao | $ 489.62 |
| 18899 | Mead | Angela | $ 63.91 |
| 18923 | Jeans | Laquetha | $ 573.90 |
| 18989 | Colon | Aimee | $ 1,180.19 |
| 18995 | King | Lora | $ 1,196.49 |
| 19095 | Enderby | Luke | $ 843.82 |
| 19113 | Liek | Katie | $ 721.57 |
| 19125 | Reyes | Anita | $ 872.52 |
| 19143 | Hintz | Lindsey | $ 576.93 |
| 19220 | Walters | Quinette | $ 30.01 |
| 19242 | Dallas | Ashley | $ 66.53 |
| 19273 | McClure | Joseph | $ 190.81 |
| 19351 | Jones | Tanisha | $ 307.27 |
| 19356 | Claywell | Kelli | $ 870.79 |
| 19402 | Lipke | Katie | $ 1,061.32 |
| 19409 | O'Neal | La'Nita | $ 1,761.72 |
| 19473 | Tata | Migena | $ 66.64 |
| 19565 | Wagner | Leah | $ 1,051.17 |
| 19587 | Dembiec | Sarah | $ 712.67 |
| 19647 | Alvarez | Olivia | $ 29.26 |
| 19791 | Sahal-Green | Shaniya | $ 197.22 |
| 19795 | Paquette | Aimee | $ 707.35 |
| 19846 | Bertrand | April | $ 611.44 |
| 19934 | Gavin | Heather | $ 475.20 |
| 19953 | Maheras | Mary | $ 530.51 |
| 20051 | McCosky | Molly | $ 4.06 |
| 20101 | Simon | Kali | $ 328.17 |
| 20152 | Schueppert | Annie | $ 333.78 |
| 20215 | Czeszynski | Victoria | $ 185.92 |
| 20234 | Oppermann | Jessica | $ 264.08 |
| 20432 | Dykes | Nathaniel | $ 56.94 |
| 142 | Schultz | Christine | $ 1,880.80 |
| 247 | Suwalski | Karen | $ 1,532.79 |
| 258 | Daniel | Virginia | $ 3,645.14 |
| 1192 | Hawley | Colleen | $ 802.45 |
| 1256 | Muehlenkamp | Nancy | $ 1,086.54 |
| 1314 | Cutler Brown | Jan | $ 1,500.75 |
| 1740 | Dunnick | Teresa | $ 1,591.47 |
| 1841 | Duffy | Paula | $ 2,462.53 |
| 2002 | Bravo | Sorainin | $ 3,199.05 |
| 5884 | Zebell | Lori | $ 3,314.64 |
| 6114 | Hayne | Babby | $ 1,634.54 |
| 6115 | Tooley | Creighton | $ 2,367.11 |

| Employee ID | Last Name | First Name | Initial Allocation |
|---:|---|---|---:|
| 6146 | Murphy | Gina | $ 3,424.20 |
| 6523 | Davis Coffey | Janice | $ 1,724.12 |
| 6596 | Petrakis | April | $ 2,083.75 |
| 6750 | Mullins Jr. | Mayon | $ 3,279.02 |
| 7284 | McKinley | Eric | $ 1,021.20 |
| 7660 | Sternig | Mary | $ 3,911.15 |
| 8751 | Newbauer | Paul | $ 2,692.12 |
| 8914 | Robinson | Bridget | $ 5,141.30 |
| 9159 | Vecellio | Stacey | $ 1,335.58 |
| 10448 | Ekker | Kathryn | $ 108.73 |
| 11183 | Juszczak | Nicole | $ 3,741.43 |
| 11271 | Leung - O'Connor | Siu Chi | $ 3,441.10 |
| 12110 | Cronin | Margaret | $ 1,035.39 |
| 12776 | Bausch | Barbara | $ 2,107.84 |
| 12943 | Wooten | Emmett | $ 2,127.34 |
| 13238 | Burks | Johnny | $ 1,007.26 |
| 13874 | Stalewski | Daniel | $ 4,486.76 |
| 14138 | Stanke | Cheryl | $ 1,730.00 |
| 14439 | Stanwood | Randi | $ 1,358.64 |
| 15165 | Miller | Brooke | $ 1,705.04 |
| 15352 | Riedel | Sharon | $ 2,947.45 |
| 15353 | Heimerl | Randy | $ 2,186.00 |
| 15503 | Hunt | Floyd | $ 503.59 |
| 15747 | Hughes | Andrew | $ 4,080.33 |
| 15805 | Gregory | Amanda | $ 2,593.06 |
| 16860 | Fickau | Lindsey | $ 2,544.80 |
| 17472 | Reese | Christophe | $ 732.01 |
| 17611 | Walker | Michelle | $ 2,282.24 |
| 17923 | Strasser | Monique | $ 1,958.58 |
| 18080 | Burgmeier | Amber | $ 2,239.21 |
| 19336 | Pratt | Arielle | $ 598.67 |
| 19474 | Simpson | Sierrah | $ 399.93 |