

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

August 30, 2019

**VIA ELECTRONIC FILING**
Judge J.P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    *Miller v. Children's Hospital of Wisconsin Inc.*
               Case No. 18-cv-1152-JPS

Judge Stadtmueller:

      We write to provide an explanation for the revised settlement allocations filed herewith, which replace the document previously filed as dkt. # 36.1. In the course of preparing the notice for mailing, the parties discovered that several individuals who are not class members were inadvertently included in the settlement allocations. These individuals are not proper class members as they either did not perform work during the statutory period, or did not don and doff surgical scrubs, and thus should not receive notice in this matter. The revised allocations have removed these individuals and re-calculated the damages for the proper class members. As a result, the average claim value for the class members is $1,880.54. Thank you for your attention to this matter.

                                      Sincerely,

                                      David C. Zoeller
                                      Caitlin M. Madden
                                      *Class Counsel*

cc via ECF notification:
Counsel for Defendant, Children's Hospital of Wisconsin Inc.