# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BROOKE MILLER, *individually and on behalf of all those similarly situated*,<br><br>       Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL OF WISCONSIN INC.,<br><br>       Defendant. | Case No. 18-CV-1152-JPS<br><br><br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the parties' joint stipulations for conditional certification of this case as a FLSA collective action (Docket #17) and for class certification pursuant to Fed. R. Civ. P. 23 (Docket #31) be and the same are hereby **ADOPTED** (Docket #18 and #33);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motion for final approval of the class settlement (Docket #45) be and the same is hereby **GRANTED** (Docket #49);

  **IT IS FURTHER ORDERED AND ADJUDGED** that the Rule 23 class is defined as follows: All persons who have been or are employed by Children's Hospital of Wisconsin, Inc. in operative services as nonexempt pediatric registered nurses, catheterization lab nurses, surgical technologists, sterile processing technicians, radiology technicians, interventional radiology employees, anesthesia technicians, operative services assistants, and surgicenter operating room employees at any time during the past two years and who were required to don and doff employer-issued sanitary scrubs without compensation (Docket #33);

**IT IS FURTHER ORDERED AND ADJUDGED** that no class members have objected to the Settlement, the terms of which are fair, reasonable, and adequate to the Settlement Class and to each class member (Docket #49);

**IT IS FURTHER ORDERED AND ADJUDGED** that the payments to be made to the class members as provided for in the Settlement Agreement are fair and reasonable and that the payment of those amounts be made to the Authorized Claimants out of the Settlement Fund of $604,919.59 in accordance with the terms of the Settlement Agreement and the Final Allocations submitted by the parties (Docket #49);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Brooke Miller shall serve as Class Representative of the Rule 23 class (Docket #33);

**IT IS FURTHER ORDERED AND ADJUDGED** that an award of a Service Payment to Plaintiff Brooke Miller in the amount of $3,000.00 is fair and reasonable (Docket #49);

**IT IS FURTHER ORDERED AND ADJUDGED** that the law firm of Hawks Quindel, S.C. is hereby appointed as Class Counsel for the Rule 23 Class (Docket #33);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motion for attorneys' fees and costs (Docket #42) be and the same is hereby **GRANTED** (Docket #49);

**IT IS FURTHER ORDERED AND ADJUDGED** that an award of attorney's fees to Class Counsel in the amount of $177,926.17, inclusive of all costs, is appropriate (Docket #49); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED**, with each party to bear their own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's orders (Docket #49).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

| November 19, 2019 | s/ *Jodi L. Malek* |
| --- | --- |
| Date | By: Deputy Clerk |